IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00161-MSK-13

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

FAUSTO OLIVAS,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On August 23, 2011, the probation officer submitted a petition for early termination of probation in this case. On August 24, 2011, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on August 25, 2011, and the United States does not object [Doc. #984] to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

       DATED this 2nd day of September, 2011.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge