IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00161-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ADRIAN PEREZ-MENDOZA

       Defendant.

---

## ORDER DISMISSING INDICTMENT

THIS MATTER comes before the Court on the Government's Motion to Dismiss (Motion) **(#981)** filed August 11, 2011. Having reviewed the Motion and no response or objection having been received, the Motion is hereby **GRANTED** and the Indictment against Defendant Adrian Perez-Mendoza is dismissed.

DATED this 12th day of October, 2011.

                                               **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge